11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Toby Martin Smith

Appellant

Vs.                   No. 11-03-00067-CR B Appeal from Taylor County

State of Texas

Appellee

 

The trial court=s certification of appellant=s right to appeal reflects that appellant has waived his right to
appeal.  The certification is signed by
the trial court, appellant=s counsel, and appellant. 
Because appellant has waived his right to appeal, this court lacks
jurisdiction to entertain this appeal.

The appeal is dismissed.

 

PER CURIAM

 

March 20, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.